*KYH/SES 01.23.2026*

_____ FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

FEB 0 9 2026
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **IN THE MATTER OF A CRIMINAL COMPLAINT** | **Case No.** 1:26-mj-00326-DRM |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Special Agent Anthony Petrella of the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), being duly sworn, depose and state as follows:

### INTRODUCTION

1.     This Affidavit is submitted in support of a Criminal Complaint charging Christopher **WILLIAMS** ("**WILLIAMS**") and Kedric **PINSON** Jr. ("**PINSON**") with straw purchasing of firearms, in violation of 18 U.S.C. § 932 and unlawfully dealing firearms without a license in violation of 18 U.S.C. § 922(a)(1)(a) (the "**SUBJECT OFFENSES**").

2.     I am "an investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in 18 U.S.C. § 2516. I have been a Special Agent ("SA") with the with ATF since September 2020, and am currently assigned to the ATF Baltimore Field Division, Group III. I attended the Department of Homeland Security's Criminal Investigator Training Program and ATF's Special Agent Basic Training at the Federal Law Enforcement Training Center. Prior to joining ATF, I served as a police officer with the Supreme Court of the United States Police Department in Washington, D.C. for approximately six years.

3.     I have conducted and participated in numerous investigations concerning the illegal possession, trafficking, and use of firearms, controlled dangerous substances, and the commission

*KYH/SES 01.23.2026*

of violent crimes by organized gangs. I have received specialized training and personally participated in various types of investigative activities, including, but not limited to: (a) physical surveillance; (b) the debriefing and interviewing of defendants, witnesses, informants, and other individuals who had knowledge of firearms, violent crimes and controlled substance laws; (c) code words and phrases used by criminals when referencing firearms and narcotics; (d) undercover operations; (e) the execution of search warrants; (f) the consensual monitoring and recording of conversations; (g) electronic surveillance through the use of pen registers and trap and trace devices; and (h) the handling and maintenance of evidence; and (i) Title III investigations.

4.    The statements made in this Affidavit are based in part on: (a) my personal participation in this investigation; (b) information provided to me by other law enforcement officers and (c) the training and experience of myself and other law enforcement agents and officers.

5.    This Affidavit is made for the limited purpose of establishing probable cause in support of a Criminal Complaint and contains only a summary of relevant facts. I have not included every fact known to me concerning the entities, individuals, and the events described in this Affidavit, but I do not believe I have omitted any information that would have a tendency to defeat a showing of probable cause.

## **PROBABLE CAUSE**

6.    In May 2024, the ATF began investigating a straw purchasing and firearm trafficking network operating between South Carolina ("SC") and Maryland ("MD"). During the investigation, ATF investigators discovered that one of the co-conspirators, Kedric **PINSON Jr.**, a convicted felon who is prohibited from purchasing or possessing a firearm, was facilitating firearm purchases at a Federal Firearms Licensee ("FFL"). Through investigation, investigators

KYH/SES 01.23.2026

discovered that South Carolina residents Christopher **WILLIAMS**, T.A, K.J, and J.B were purchasing firearms on **PINSON**'s behalf. Investigators also discovered that **PINSON**, **WILLIAMS**, and others have repeatedly traveled to Baltimore, MD for the purpose of selling those firearms.

7.    To date, at least twenty-five firearms have been purchased by the group at Highbid Auctions and Appraisals, an FFL located in Prosperity, South Carolina (hereinafter referred to as the "FFL"). Of the twenty-five firearms purchased in South Carolina, nine have been recovered by the Baltimore Police Department ("BPD"), in Baltimore, MD or the Baltimore County Police Department ("BCPD") in Windsor Mill, MD a short time after their purchase.

### A. Firearm purchases made by Christopher WILLIAMS, T.A, J.B, and K.J at the FFL

8.    Between the months of February and July 2024, **WILLIAMS**, T.A, J.B, and K.J have purchased a total of twenty-five firearms from the FFL in South Carolina involving eight "multiple sales." A "multiple sale" occurs anytime an individual purchases more than one handgun from an FFL during a single transaction. To date, nine of the firearms purchased by **WILLIAMS**, T.A, and K.J have been recovered by BPD in Baltimore, MD or by BCPD in Windsor Mill, MD within a short time after the firearms were purchased in South Carolina from the FFL.

9.    Specifically, on February 13, 2024, **WILLIAMS** purchased from the FFL, six Glock, model 23gen4, .40 caliber pistols bearing serial numbers YMU794, YMU799, YMU800, YMU810, YMU815, and YMU820.

10.    On February 27, 2024, T.A purchased from the FFL, a Glock, model 23gen4, .40 caliber pistol bearing serial number BCLA709, a Glock, model 24gen4, .40 caliber pistol bearing

KYH/SES 01.23.2026

serial number VHG871 and a Century Arms, Micro Draco, 7.62 caliber pistol bearing serial number 23PMD-48967 within the same transaction.

11.    On March 5, 2024, J.B purchased from the FFL, a Glock, model 23gen3, .40 caliber pistol bearing serial number MEC031 and a Glock, model 23gen4, .40 caliber pistol bearing serial number BCLA707 within the same transaction.

12.    On March 7, 2024, **WILLIAMS** purchased from the FFL, a Century Arms, Micro Draco, 7.62 caliber pistol bearing serial number 23PMD-48393.

13.    On May 2, 2024, T.A purchased from the FFL two Glock, model 33, .357 caliber pistols bearing serial numbers BWEM884 and BWEM887 within the same transaction.

14.    On June 12, 2024, T.A purchased from the FFL four Glock firearms. Specifically, he purchased two Glock, model 19gen5, 9mm pistols bearing serial numbers BGVN530 and BGVN965, a Glock, model 23gen4, .40 caliber pistol bearing serial number XKN728, and a Glock, model 30gen3, .45 caliber pistol, bearing serial number MAT936 within the same transaction.

15.    On June 28, 2024, T.A purchased from the FFL a Glock, model 33gen4, .357 caliber pistol bearing serial number CCPN098 and a Glock, model 29gen4, 10mm pistol, bearing serial number BZSK733 within the same transaction.

16.    Finally, on July 19, 2024, T.A and K.J traveled to the FFL together and purchased a total of five Glock pistols. T.A purchased two Glock, model 21gen4, .45 caliber pistols bearing serial number VFZ748 and XUA119. K.J purchased a Glock, model 23gen4, .40 caliber pistol bearing serial number WYE150, a Glock, model 26gen4, 9mm pistol bearing serial number BCEG422, and a Glock, model 27gen4, .40 caliber pistol bearing serial number XRC963.

17.    Of the twenty-five firearms purchased above, nine have been recovered by BPD or BCPD a short time after their purchase.

18.     Specifically, on March 30, 2024, BPD recovered a loaded Glock, model 23gen4, .40 caliber pistol bearing serial number YMU799 during the arrest of M.H. in the 1700 block of Madison Street, Baltimore, MD. Officers discovered that this firearm was also equipped with a machine gun conversion device (MCD) commonly referred to as a "Glock switch". Based on my training and experience, I know that a "Glock switch" is a device that can convert a semi-automatic pistol into a pistol that fires automatically. M.H. is prohibited from possessing firearms and ammunition. The recovery of this firearm occurred just 46 days after its purchase in South Carolina.

19.     On May 17, 2024, BPD recovered a loaded Century Arms, Micro Draco, 7.62 caliber pistol bearing serial number 23PMD-48967 during the arrest of C.J. and R.M. while executing a state authorized search and seizure warrant at a car wash located at 1821 W. Lafayette Ave, Baltimore, MD 21217. The recovery of this firearm occurred just 80 days after its purchase in South Carolina.

20.     On May 20, 2024, BPD recovered a loaded Glock, model 23gen4, .40 caliber pistol bearing serial number YMU794 in the possession of K.R in the 900 block of N. Eden Street, Baltimore, MD. K.R. is prohibited from possessing firearms and ammunition. The recovery of this firearm occurred just 97 days after its purchase in South Carolina.

21.     On July 29, 2024, BPD recovered a loaded Glock, model 27gen4, .40 caliber pistol bearing serial number XRC963 in the possession of R.J. in the 3100 block of Baker Street, Baltimore, MD. R.J. is prohibited from possessing firearms and ammunition. The recovery of this firearm occurred just 10 days after its purchase in South Carolina.

22.     On August 2, 2024, BPD recovered a loaded Glock, model 33, .357 caliber pistol bearing serial number BWEM887 in the 800 block of Dolphin Street, Baltimore, MD. This firearm

FILED _____ _____ ENTERED
_____ LOGGED _____ RECEIVED

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

FEB 0 9 2026

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | |
|---|---|
| IN THE MATTER OF A CRIMINAL COMPLAINT | Case No. 1:26-mj-00326-DRM |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Special Agent Anthony Petrella of the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), being duly sworn, depose and state as follows:

### INTRODUCTION

1.    This Affidavit is submitted in support of a Criminal Complaint charging Christopher **WILLIAMS** ("**WILLIAMS**") and Kedric **PINSON** Jr. ("**PINSON**") with straw purchasing of firearms, in violation of 18 U.S.C. § 932 and unlawfully dealing firearms without a license in violation of 18 U.S.C. § 922(a)(1)(a) (the "**SUBJECT OFFENSES**").

2.    I am "an investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in 18 U.S.C. § 2516. I have been a Special Agent ("SA") with the with ATF since September 2020, and am currently assigned to the ATF Baltimore Field Division, Group III. I attended the Department of Homeland Security's Criminal Investigator Training Program and ATF's Special Agent Basic Training at the Federal Law Enforcement Training Center. Prior to joining ATF, I served as a police officer with the Supreme Court of the United States Police Department in Washington, D.C. for approximately six years.

3.    I have conducted and participated in numerous investigations concerning the illegal possession, trafficking, and use of firearms, controlled dangerous substances, and the commission

of violent crimes by organized gangs. I have received specialized training and personally participated in various types of investigative activities, including, but not limited to: (a) physical surveillance; (b) the debriefing and interviewing of defendants, witnesses, informants, and other individuals who had knowledge of firearms, violent crimes and controlled substance laws; (c) code words and phrases used by criminals when referencing firearms and narcotics; (d) undercover operations; (e) the execution of search warrants; (f) the consensual monitoring and recording of conversations; (g) electronic surveillance through the use of pen registers and trap and trace devices; and (h) the handling and maintenance of evidence; and (i) Title III investigations.

4.    The statements made in this Affidavit are based in part on: (a) my personal participation in this investigation; (b) information provided to me by other law enforcement officers and (c) the training and experience of myself and other law enforcement agents and officers.

5.    This Affidavit is made for the limited purpose of establishing probable cause in support of a Criminal Complaint and contains only a summary of relevant facts. I have not included every fact known to me concerning the entities, individuals, and the events described in this Affidavit, but I do not believe I have omitted any information that would have a tendency to defeat a showing of probable cause.

## **PROBABLE CAUSE**

6.    In May 2024, the ATF began investigating a straw purchasing and firearm trafficking network operating between South Carolina ("SC") and Maryland ("MD"). During the investigation, ATF investigators discovered that one of the co-conspirators, Kedric **PINSON Jr.**, a convicted felon who is prohibited from purchasing or possessing a firearm, was facilitating firearm purchases at a Federal Firearms Licensee ("FFL"). Through investigation, investigators

*KYH/SES 01.23.2026*

discovered that South Carolina residents Christopher **WILLIAMS**, T.A, K.J, and J.B were purchasing firearms on **PINSON**'s behalf. Investigators also discovered that **PINSON**, **WILLIAMS**, and others have repeatedly traveled to Baltimore, MD for the purpose of selling those firearms.

7.      To date, at least twenty-five firearms have been purchased by the group at Highbid Auctions and Appraisals, an FFL located in Prosperity, South Carolina (hereinafter referred to as the "FFL"). Of the twenty-five firearms purchased in South Carolina, nine have been recovered by the Baltimore Police Department ("BPD"), in Baltimore, MD or the Baltimore County Police Department ("BCPD") in Windsor Mill, MD a short time after their purchase.

### A. Firearm purchases made by Christopher WILLIAMS, T.A, J.B, and K.J at the FFL

8.      Between the months of February and July 2024, **WILLIAMS**, T.A, J.B, and K.J have purchased a total of twenty-five firearms from the FFL in South Carolina involving eight "multiple sales." A "multiple sale" occurs anytime an individual purchases more than one handgun from an FFL during a single transaction. To date, nine of the firearms purchased by **WILLIAMS**, T.A, and K.J have been recovered by BPD in Baltimore, MD or by BCPD in Windsor Mill, MD within a short time after the firearms were purchased in South Carolina from the FFL.

9.      Specifically, on February 13, 2024, **WILLIAMS** purchased from the FFL, six Glock, model 23gen4, .40 caliber pistols bearing serial numbers YMU794, YMU799, YMU800, YMU810, YMU815, and YMU820.

10.     On February 27, 2024, T.A purchased from the FFL, a Glock, model 23gen4, .40 caliber pistol bearing serial number BCLA709, a Glock, model 24gen4, .40 caliber pistol bearing

*KYH/SES 01.23.2026*

serial number VHG871 and a Century Arms, Micro Draco, 7.62 caliber pistol bearing serial number 23PMD-48967 within the same transaction.

11.    On March 5, 2024, J.B purchased from the FFL, a Glock, model 23gen3, .40 caliber pistol bearing serial number MEC031 and a Glock, model 23gen4, .40 caliber pistol bearing serial number BCLA707 within the same transaction.

12.    On March 7, 2024, **WILLIAMS** purchased from the FFL, a Century Arms, Micro Draco, 7.62 caliber pistol bearing serial number 23PMD-48393.

13.    On May 2, 2024, T.A purchased from the FFL two Glock, model 33, .357 caliber pistols bearing serial numbers BWEM884 and BWEM887 within the same transaction.

14.    On June 12, 2024, T.A purchased from the FFL four Glock firearms. Specifically, he purchased two Glock, model 19gen5, 9mm pistols bearing serial numbers BGVN530 and BGVN965, a Glock, model 23gen4, .40 caliber pistol bearing serial number XKN728, and a Glock, model 30gen3, .45 caliber pistol, bearing serial number MAT936 within the same transaction.

15.    On June 28, 2024, T.A purchased from the FFL a Glock, model 33gen4, .357 caliber pistol bearing serial number CCPN098 and a Glock, model 29gen4, 10mm pistol, bearing serial number BZSK733 within the same transaction.

16.    Finally, on July 19, 2024, T.A and K.J traveled to the FFL together and purchased a total of five Glock pistols. T.A purchased two Glock, model 21gen4, .45 caliber pistols bearing serial number VFZ748 and XUA119. K.J purchased a Glock, model 23gen4, .40 caliber pistol bearing serial number WYE150, a Glock, model 26gen4, 9mm pistol bearing serial number BCEG422, and a Glock, model 27gen4, .40 caliber pistol bearing serial number XRC963.

17.    Of the twenty-five firearms purchased above, nine have been recovered by BPD or BCPD a short time after their purchase.

1:26-mj-00326-DRM

KYH/SES 01.23.2026

18.      Specifically, on March 30, 2024, BPD recovered a loaded Glock, model 23gen4, .40 caliber pistol bearing serial number YMU799 during the arrest of M.H. in the 1700 block of Madison Street, Baltimore, MD. Officers discovered that this firearm was also equipped with a machine gun conversion device (MCD) commonly referred to as a "Glock switch". Based on my training and experience, I know that a "Glock switch" is a device that can convert a semi-automatic pistol into a pistol that fires automatically. M.H. is prohibited from possessing firearms and ammunition. The recovery of this firearm occurred just 46 days after its purchase in South Carolina.

19.      On May 17, 2024, BPD recovered a loaded Century Arms, Micro Draco, 7.62 caliber pistol bearing serial number 23PMD-48967 during the arrest of C.J. and R.M. while executing a state authorized search and seizure warrant at a car wash located at 1821 W. Lafayette Ave, Baltimore, MD 21217. The recovery of this firearm occurred just 80 days after its purchase in South Carolina.

20.      On May 20, 2024, BPD recovered a loaded Glock, model 23gen4, .40 caliber pistol bearing serial number YMU794 in the possession of K.R in the 900 block of N. Eden Street, Baltimore, MD. K.R. is prohibited from possessing firearms and ammunition. The recovery of this firearm occurred just 97 days after its purchase in South Carolina.

21.      On July 29, 2024, BPD recovered a loaded Glock, model 27gen4, .40 caliber pistol bearing serial number XRC963 in the possession of R.J. in the 3100 block of Baker Street, Baltimore, MD. R.J. is prohibited from possessing firearms and ammunition. The recovery of this firearm occurred just 10 days after its purchase in South Carolina.

22.      On August 2, 2024, BPD recovered a loaded Glock, model 33, .357 caliber pistol bearing serial number BWEM887 in the 800 block of Dolphin Street, Baltimore, MD. This firearm

was equipped with a "Glock switch" converting it into a machine gun. Officers recovered this firearm a day after arresting G.W. after he fled on foot from a traffic stop. Officers observed that G.W. was holding a black handgun while fleeing. Officers apprehended G.W. and discovered he did not have the firearm in his possession. Officers listened to G.W.'s recorded jail calls in which he provided specific directions to a male regarding where to find the firearm that was thrown during the foot pursuit. The recovery of this firearm occurred just 93 days after its purchase in South Carolina.

23.     On October 28, 2024, BPD recovered a loaded Glock, model 33gen4, .357 caliber pistol bearing serial number CCPN098 in the possession of C.H in the 300 block of S. Fulton Avenue, Baltimore, MD, 21223. The recovery of this firearm occurred just 122 days after its purchase in South Carolina.

24.     On January 5, 2025, BPD recovered a loaded Glock, model 23gen4, .40 caliber pistol bearing serial number YMU810 in plain view on the driver's side floorboard of a crashed Honda Accord. The Honda crashed while fleeing from police in the 1400 block of W. Patapsco Avenue, Baltimore, MD 21230. Officers observed the occupants T.C. and K.E. exit the vehicle through the passenger side door. T.C. is prohibited from possessing firearms and ammunition. The recovery of this firearm occurred just 328 days after its purchase in South Carolina.

25.     On March 25, 2025, the Baltimore County Police Department conducted a traffic stop on a silver Honda Accord at 6901 Security Blvd, Windsor Mill, MD 21244. As officers were speaking with the occupants of the vehicle, B.H. and D.H, they smelled a strong odor of suspected marijuana emanating from the vehicle. Officers conducted a search of the vehicle and recovered a loaded Glock, model 23gen4, .40 caliber pistol bearing serial number YMU815 from the passenger

back seat pocket. The recovery of this firearm occurred just 406 days after its purchase in South Carolina.

26.    On May 24, 2025, BPD recovered a loaded Glock, model 21gen4, .45 caliber pistol bearing serial number XUA119 during the arrest of D.P. in the 1500 block of Winchester Street, Baltimore, MD 21217. D.P. is prohibited from possessing firearms and ammunition. The recovery of this firearm occurred just 309 days after its purchase in South Carolina.

27.    Furthermore, none of the firearms purchased by **WILLIAMS**, T.A, J.B, and K.J have been reported stolen.

28.    **WILLIAMS**, T.A, J.B, and K.J all completed Firearms Transaction Records, or ATF Form 4473s[1], for all these firearm purchases. On these forms, they indicated that they were the actual buyer of the firearms and were not acquiring them on behalf of another person.

### B. Identification of Kedric PINSON Jr.

29.    Due to law enforcement's quick recoveries of the firearms in Baltimore, MD that were purchased by **WILLIAMS** and T.A in South Carolina, investigators contacted the FFL in South Carolina and conducted phone interviews. During the interviews, the FFL provided investigators with the phone number 803-218-8513 ("8513"). This is the phone number that the FFL regularly used to communicate with T.A about firearm purchases. Based on the investigation to date, "8513" is not used by T.A.

---

[1] An ATF Form 4473 is a form that is required to be completed by anyone who is attempting to acquire a firearm from a federally licensed dealer.

KYH/SES 01.23.2026

30. Investigators conducted a query of 8513 in Cash App[2] and discovered an associated account (captured in the screenshots below) with the "cash tag" of "$GIBKP".



31. Investigators conducted a query of Facebook and discovered an active account with the username of "Trevion Adams." The pictures viewable from the account are pictures of T.A. Furthermore, investigators discovered that on April 18, 2024, T.A posted from the Facebook account, tagged an individual by the name of "Kedric D. Pinson", and said, "Happy BagDay Gang Love ya my Guy 4L and wish you many more." Investigators clicked on the tagged account and discovered a Facebook account (captured in the screenshot to the right) with the username "Kp Kp." Investigators noted that the profile picture of the "Kp Kp" Facebook account matched the picture associated to the Cash  App account referenced above. Investigators then conducted a query of the South Carolina Motor Vehicle Administration ("MVA") and discovered an individual with the name Kedric Dwayne

---

[2] Cash App is a mobile wallet service that allows subscribed users to send and receive money electronically.

KYH/SES 01.23.2026

PINSON with a date of birth of April 18, 1993. Investigators believe that this explains the post made by T.A on Facebook in which T.A is wishing PINSON a Happy Birthday ("Happy BagDay"). Investigators further discovered that PINSON is "friends" with T.A. and WILLIAMS on Facebook.

32.    Investigators sent a grand jury subpoena to Verizon Wireless to obtain subscriber information for 8513. Verizon advised that the phone number was subscribed to Mikayla McFadden with an associated address of 1155 Clemson Frontage Road, Apt 404, Columbia, SC 29229. Verizon also advised that the phone number is connected to the email addresses of "kpcampgib@outlook.com" and "mikaylamcfadden@gmail.com." Investigators believe that the email address containing the letters "kp" stands for Kedric PINSON. As such, investigators believe that the Cash App account, the Facebook account, and the phone number 803-218-8513 are all used by PINSON.

33.    Finally, investigators conducted a query of PINSON's criminal record and discovered that on December 16, 2015, PINSON was convicted of possession/manufacture drugs or other controlled substances in the Court of General Sessions for Fairfield County, South Carolina[3]. PINSON was sentenced to five years of incarceration. Therefore, PINSON is prohibited from possessing firearms and ammunition pursuant to 18 U.S.C. § 922(g)(1). Based on the length of the sentence he received, PINSON should know his status as a prohibited person. Due to that, PINSON would not be able to purchase firearms from an FFL and should not have any lawful reason to communicate with the FFL.

---

[3] Case No. 2015-GS-20-281

*KYH/SES 01.23.2026*

**C. Investigators Identify PINSON and WILLIAMS's Straw Purchasing and Illegal Firearm Business**

34.    Throughout the investigation, investigators have conducted interviews, served grand jury subpoenas for call records and Cash App subscriber/transactional data, executed search warrants for historical cell site location information ("CLSI")[4] and searched the contents of cellphones seized from **WILLIAMS** and other co-conspirators. Through a review of the data obtained, investigators discovered a reoccurring pattern of behavior where **PINSON** often communicated directly with the FFL to facilitate the purchase of firearms made by **WILLIAMS**, T.A., and K.J. **PINSON** frequently provided transport to and from the FFL and, on occasion, sent money directly via Cash App to the owner of the FFL for firearms purchased by T.A.

35.    Between the months of February and July 2024, **PINSON**, **WILLIAMS**, and others repeatedly traveled from South Carolina to Baltimore, MD to sell the firearms purchased at the FFL in South Carolina. Investigators discovered that the group would often travel from South Carolina to Baltimore, MD within days of acquiring firearms at the FFL. The group would either travel using rental vehicles acquired by **WILLIAMS** through Turo Inc.[5] or by using **WILLIAMS'** Honda Pilot bearing South Carolina license plate VBP108 (hereinafter referred to as "VBP108"). Investigators further discovered that **PINSON**, **WILLIAMS**, and others frequently stayed with **PINSON**'s cousin E.T., who is a Baltimore resident, when visiting and selling firearms in Baltimore, MD.

---

[4] CLSI is a record of the cell sites a phone has connected to over time, including when the phone sent or received signals from each cell site. Cell phone providers store this information, which can be used to approximate a phone's location at specific times.

[5] Turo Inc. is a peer-to-peer carsharing company based in San Franciso, CA.

KYH/SES 01.23.2026

36.    As mentioned above, **WILLIAMS** purchased six Glock firearms of the same model and caliber from the FFL in February 2024. Investigators noted the following about **PINSON** and **WILLIAMS'** call and text records on February 13, 2024:

    a.  At about 10:56 a.m. – **PINSON** and **WILLIAMS** share a four-minute phone call
    b.  At about 12:00 p.m. – **PINSON** and **WILLIAMS** share another three-minute phone call
    c.  At about 12:06 p.m. – **PINSON** calls the FFL which lasts for about two minutes and twenty seconds.
    d.  At about 12:13 p.m. – **PINSON** texts **WILLIAMS**.
    e.  At about 12:21 p.m. – **WILLIAMS** calls the FFL which lasts for about one minute and twenty-eight seconds.

37.    Investigators believe the above call and text records are a clear example of **PINSON** communicating with the FFL to arrange the purchase of firearms by **WILLIAMS**.

38.    The investigation continued and on January 23, 2025, investigators traveled to Columbia, Winnsboro, and Jenkinsville, SC and conducted interviews with **WILLIAMS**, T.A., and K.J. During the recorded and consensual interview with **WILLIAMS**, investigators asked about the six Glock firearms he purchased in February 2024. **WILLIAMS** did not have any of the six firearms in his possession. **WILLIAMS** eventually told investigators that he needed money and admitted to selling some of the firearms. **WILLIAMS** explained that he drove his vehicle ("VBP108") to Baltimore, MD one time to ensure he got paid.

39.    During the recorded and consensual interview with T.A., investigators asked about the thirteen firearms that he purchased between February and July 2024. T.A. did not have any of the firearms in his possession. T.A.'s father, L.A., was also present during the interview. L.A. explained to investigators that his son T.A., is intellectually challenged and was on an individualized education program during his school years. While speaking with T.A., investigators observed that he had difficulties reading the ATF Form 4473's that he completed when he purchased the firearms from the FFL.

KYH/SES 01.23.2026

40.     During the recorded and consensual interview with K.J., investigators asked about the three firearms that K.J. purchased on July 19, 2024. K.J. did not have any of the firearms in their possession. K.J. told investigators that all three firearms were brought to Baltimore, MD after they were purchased. K.J. told investigators that they ultimately intended to keep one of those firearms for themself. They finally told investigators that the group often used rental vehicles when traveling to Baltimore, MD.

41.     At the conclusion of the interviews with **WILLIAMS** and K.J., investigators seized their cellphones,[6] conducted an analysis, and located text messages of evidentiary value that supported the information learned through the above-mentioned interviews.

42.     On February 13, 2024 at 12:24 p.m., **WILLIAMS** texted the owner of the FFL a picture of his South Carolina photo ID, his social security number, and his place of birth. About twenty-three minutes later, the FFL owner responded and said, "Response is "Researching" "I am sure it is because you have a common last name". "I will keep checking and let you know as soon as I receive "Proceed" and "Thanks". About six hours later at 6:41 p.m., the FFL owner texted **WILLIAMS** again and provided directions to his place of business and said "See you about 1 pm". Finally, on February 14, 2024 at 2:57 p.m., the FFL owner texted **WILLIAMS** again and said, "Thanks for stopping by today!" "Here is a great source In Prosperity area for CWP. Investigators know that "CWP" stands for concealed weapon permit.

43.     Based on the above messages, **WILLIAMS** provided the owner of the FFL the information that is needed to undergo a background check through the National Instant Criminal Background Check System ("NICS"). This check is required when individuals are attempting to

---

[6] Search and seizure warrant for WILLIAMS's cellphone authorized by the Honorable Paige J. Gossett, U.S. Magistrate Judge for the U.S. District Court for the District of South Carolina.

KYH/SES 01.23.2026

acquire firearms from an FFL. Based on the delay of the check, the FFL owner scheduled an appointment with **WILLIAMS** to travel to his place of business and acquire the firearms the following day on February 14, 2024 at 1 p.m.

44.      Investigators reviewed the CLSI data for **PINSON** and **WILLIAMS'** cellphone numbers and discovered that both **PINSON** and **WILLIAMS'** numbers were in the vicinity of the FFL located at 182 Neptune Lane, Prosperity, SC 29127 on February 14, 2024 at approximately 1:40 and 1:56 p.m. This corresponds to the text messages between **WILLIAMS** and the FFL owner referenced above.

45.      Through a further review of **WILLIAMS'** cellphone, investigators located messages discussing travel to Baltimore, rental vehicles, and selling firearms.

46.      On February 22, 2024, **WILLIAMS** exchanged the following text messages with the phone number "678-357-4147":

> 4147:        What you up to
> **WILLIAMS:** Getting ready to book this car and hit the road in the morning
> 4147:        Where to
> **WILLIAMS:** Baltimore
> 4147:        That's a long drive! Lol
> **WILLIAMS:** Only 7 hrs
> **WILLIAMS:** But it's mad fun tho frfr
> 4147:        Like 2 days the come back

47.      Two days later, on February 26, 2024, **WILLIAMS** exchanged the following text messages with the phone number "901-410-6495":

> **WILLIAMS:** We got back around 10:30
> 6495:        You turned the car in?
> **WILLIAMS:** Not yet, we have until 8:30p.m.
> 6495:        I can meet you there whenever long as it's before it get dark. I have
>               work in the AM.
> 6495:        Hit me when you ready.
> **WILLIAMS:** Ready
> 6495:        I just thought about it. I don't think I have to be there she said just
>               park it back on Row H.

*KYH/SES 01.23.2026*

48.    The conversation between **WILLIAMS** and phone user 6495 continued on March

6 and March 7, 2024:

### March 6, 2024

**WILLIAMS:** Me an kp need a favor again on the rental
6495:          What you need might can't, uses my card for phoe bday.
**WILLIAMS:** We need another rental
6495:          Damn yall going back already?
**WILLIAMS:** Hell yeah up the score
6495:          Ah ok
**WILLIAMS:** But if you can, we are trying to get it for this weekend

### March 7, 2024

**WILLIAMS:** Hey can you or should we try someone else
**WILLIAMS:** Never mind we good just got one
6495:          My bad just got out of therapy

49.    On April 13 through April 18, 2024, **WILLIAMS** exchanged the following text

messages with the phone number "803-201-0816":

### April 13, 2024

0816:          U good?
**WILLIAMS:** Yeah I got them
0816:          Bet

### April 15, 2024

0816:          Wyd
**WILLIAMS:** Bout to hit the road in a few
0816:          Bet Hml when u get on the rd

### April 17, 2024

0816:          U good?
**WILLIAMS:** Yeah
**WILLIAMS:** I'ma hit u back in a sec
0816:          Bet u good
**WILLIAMS:** Got ya rent, my boy. One more to go
0816:          Sent a "100" emoji
**WILLIAMS:** Well 2 more guns to go but one bout to go now

*KYH/SES 01.23.2026*

0816:        Bet

**April 18, 2024**

0816:            lmk how much for the tree
**WILLIAMS:** What you wanted to get
0816:            Lmk know numbers
0816:            We can go in on something if it makes sense, ima get some regular
                 but I need some pressure too lol
**WILLIAMS:** Yeah, we can but we still waiting on the drake and another one to
                 go then we all set

50.    On June 18 and June 20, 2024, **WILLIAMS** exchanged the following text messages with the phone number "803-960-3720":

**June 18, 2024**

3720:            Kind of stick[7] u looking for
**WILLIAMS:** Glocks hand guns
3720:            This my n**** Chris?
**WILLIAMS:** Yeah
**WILLIAMS:** I spoke with you at the club
3720:            Hell yeah bro I know way a couple at fasho I'm trynna take that ride
                 witchu bradda no cap make some cheese fr
**WILLIAMS:** I'm on the rd now, no cap
**WILLIAMS:** I'll be back in 2 days
**WILLIAMS:** We definitely can't make it happen tho frfr
3720:            Damnn sayless my n**** hit me we can go grab em and hit the road
                 I'm wit it bro on me

**June 20, 2024**

3720:            Want 300 for it
**WILLIAMS:** Ok bet
**WILLIAMS:** What type of 9
3720:            Think it's a full body tarus
**WILLIAMS:** Ok
3720:            I'm on the hunt for more
**WILLIAMS:** I'm still up here having car trouble, but once I get back, we gonna
                 link

---

[7] Investigators know that "stick" is a slang term and can be used to refer to a firearm.

*KYH/SES 01.23.2026*

51.     Investigators then reviewed the text messages in K.J.'s phone and located messages between K.J. and **PINSON** discussing firearms and traveling to Baltimore, MD. Investigators noted that K.J. saved the phone number 803-218-8513 as "KP". Investigators know that "KP" stands for Kedric **PINSON**.

52.     Between February 28 and October 14, 2024, **PINSON** and K.J. exchanged the text messages below:

### February 22, 2024

| | |
|---|---|
| K.J.: | Fyd yall left already? |
| **PINSON**: | Naw going to leave in the morning |
| K.J.: | I ain't never seen such shit in my life where is Deangelo |
| **PINSON**: | lol he not goin this trip and what you mean lol |
| K.J.: | I can't take this trip seriously when everybody ain't going the usual damn people |
| **PINSON**: | lol girl ain't shit different |

### February 28, 2024



| | |
|---|---|
| **PINSON**: | |
| K.J.: | When you got the other big one |
| **PINSON**: | Early today |
| K.J.: | You been on one n**** be back in Baltimore soon and ima be right tf there |
| **PINSON**: | Damn right I got to make this shit happen tired of being fucked up |
| K.J.: | How much you been paying for them shits |
| **PINSON**: | For what |
| K.J.: | Don't be slow all your life man damn lol the guns Kp |
| **PINSON**: | lol different price depending on what it is |
| **PINSON**: | Why what's up |

| | |
|---|---|
| K.J.: | Cause I don't mind getting 1 or 2 for you myself to make money but I ain't tryna necessarily spend a whole bunch either cause it's a whole lil process I'm tryna go through at the same time |
| PINSON: | lol Ik where you can get two guns from probably spend lil 6 and can make like 1400 |

### March 3, 2024

| | |
|---|---|
| K.J.: | Uh uh not necessary count unk out you coming up here? |
| PINSON: | Yea I'm waiting on Chris ass to bring these guns |

### March 6, 2024

| | |
|---|---|
| K.J.: | Just got my ass home fyd |
| PINSON: | Shit looking for some money so we can get the whip for tomorrow |
| K.J.: | You tryna get a rental |
| PINSON: | Yea |

### April 8, 2024

| | |
|---|---|
| K.J.: | Is y'all n***** gone |
| PINSON: | Yea |
| K.J.: | Y'all pushed that mf trip back 2 times I could've went |
| PINSON: | Ik that's what I'm saying I bring something back |
| PINSON: | I made it |
| K.J.: | Alright when you coming back |
| PINSON: | Idk Chris driving back tomorrow imma stay up here |

### April 15, 2024

| | |
|---|---|
| K.J.: | When the hell is you coming home |
| PINSON: | At this point I might stay |
| K.J.: | I knew you told Chris to drop you off this shit is unacceptable |
| PINSON: | lol you stupid but naw Chris is supposed to be coming up tonight |
| K.J.: | Well when he leave back out make sure you in the number or tell him he better not come home either |
| PINSON: | lol I'm not playing games I'm trying to get this money so we can go Places |
| K.J.: | So we can go places huh that's cute |
| PINSON: | If you don't want to go it's ok |
| K.J.: | As if you not already doing yo big one don't make you be the one I put hands on |
| PINSON: | lol I'm not doing no big one listen do you want to deal with broke n***** that sit around or be happy with busy dude with money your choice |
| K.J.: | Lol yeah okay you make it sound good n**** is damn near 10 hours |

KYH/SES 01.23.2026

|  | away |
|---|---|
| PINSON: | lol girl you want to ride with Chris |

### May 2, 2024

| PINSON: | I'm bout to go to that man again to get them guns you want to ride |
|---|---|
| K.J.: | Lol oh hell |
| K.J.: | Yeah I'll go |
| PINSON: | lol what the oh hell for |
| K.J.: | Lol cause you said you were going back |
| PINSON: | Duh I told you I'm not play Chris and lor d playing around I'm on a Mission |
| K.J.: | I know hell but I ain't know it was this serious |
| PINSON: | didn't know it was this serious girl I'm tired of being in this situation my life need to better |

### June 23, 2024

| PINSON: | And dummie tripping I'm bout to cut him off |
|---|---|
| K.J.: | Lol whatever you think you cute and who Chris? |
| PINSON: | Chris mother think I'm sexy lol but now lor d keep trying to get me to hang with cc talking about she got a gun for sale I'm not putting no money in her pocket |
| PINSON: | She not included in shit he want me to buy a gun from her but I don't fuck with her on that level I'm already knowing what's going on |
| K.J.: | Yea Dee talk to much being nice and shit that was nothing for her ass to know or feel she could do too |
| PINSON: | She better not nothing about my business and Dee wouldn't tell her shit |

### June 27, 2024

| K.J.: | Shit watching tv wyd |
|---|---|
| PINSON: | Over slept but otw to pick up jiggy and go get them guns |

### July 15, 2024

| K.J.: | Wyd |
|---|---|
| PINSON: | Shit bout to come up bored frfr I got to put this money together for Baltimore |
| K.J.: | When you tryna go |
| PINSON: | As soon as I get the shit in my hand |
| K.J.: | What you need |
| PINSON: | Shorty I need 2000 to make something shake |
| K.J.: | Damn nih I can even think about that rn it's so damn hot I'm aggravated |

KYH/SES 01.23.2026

| | |
|---|---|
| **PINSON:** | lol yea I'm not the one that need a 100 for a oz lol this big boy game |

**July 17, 2024**

| | |
|---|---|
| **PINSON:** | I might need you to get these guns tomorrow |
| K.J.: | Alright I might need you to bring me some weed tomorrow too |
| **PINSON:** | I got you wanted the half right |
| **PINSON:** | Mind as well wait cause we trying to leave for Baltimore probably tomorrow |
| **PINSON:** | But I might need a 150 if you got it I give you the weed |
| K.J.: | I can move 150 from my credit card if you really need it but ima have to put it back |
| **PINSON:** | Yea trying to grab these guns |
| K.J.: | You need that money on cash app |



| | |
|---|---|
| **PINSON:** | |
| K.J.: | I sent it it's pending on his end til he go on cash app and accept it |

**July 18, 2024**

| | |
|---|---|
| **PINSON:** | Fat ass but imma come pick you up so we can get them things |
| K.J.: | Im at work fool I'm saying I leave at 2 |
| **PINSON:** | I'm bout to come get you |
| K.J.: | How far you is |
| **PINSON:** | I'm looking for jiggy ass |
| K.J.: | I gotta go pick something up at 7 I would've went earlier but I didn't know what time you was coming I thought you would've came before now |
| **PINSON:** | Just go ahead cause I'm getting pissed off |
| K.J.: | You still ain't found Jiggy |

| | |
|---|---|
| PINSON: | Hell no now I got to wait till tomorrow and I'm trying to grab a rental |

**July 19, 2024**

| | |
|---|---|
| PINSON: | You at the house |
| K.J.: | Yeah |
| PINSON: | Ard I'm bout to pick jiggy up |

**July 24, 2024**

| | |
|---|---|
| K.J.: | Uh uh where you went tried not to go with me |
| PINSON: | Sell a gun |

**October 14, 2024**

| | |
|---|---|
| K.J.: | I miss Baltimore |
| PINSON: | Me my cousin been hitting me all week |
| K.J.: | I know you lying |
| PINSON: | I need to put together a trip a got a couple guns |

53.    Based on the above messages, investigators believe that **WILLIAMS** and **PINSON** traveled to Baltimore, MD numerous times for the purpose of selling firearms and making money.

54.    For example, investigators believe **WILLIAMS** and **PINSON** traveled to Baltimore, MD from February 23 to February 26, 2024, ("getting ready to book this car and hit the road in the morning") only 9 days after **WILLIAMS** bought six Glock firearms from the FFL. **WILLIAMS** and **PINSON** used a rental car that was acquired by an unknown individual ("I just thought about it. I don't have to be there she said just park it back on Row H") and ("Does it say on the paperwork where to leave the key though"). Finally, the CLSI data for **PINSON**'s cellphone shows his phone traveling between South Carolina and Baltimore, MD during those time periods.

55.    Two days after returning from Baltimore on February 28, 2024, **PINSON** sent K.J. a picture of two Micro Draco pistols and a Glock firearm. In the picture, investigators observed a

firearm manual for one of the Micro Draco pistols as well as a white purchase tag wrapped around the trigger guard with part of the serial number visible (23PMD-). The date of this picture and type of firearms correspond to when T.A. purchased firearms of similar make and model from the FFL just a day prior. During the same conversation, K.J. tells **PINSON** that he's been busy ("You been on one") and that the group will be back in Baltimore soon ("n***** be back in Baltimore soon"). **PINSON** told K.J. that he's tired of being poor ("tired of being fucked up") and that he needs to sell these firearms ("I got to make this shit happen"). K.J. then asked **PINSON** how much he usually pays for firearms ("How much you be paying for them shits") and ("the guns Kp"). **PINSON** responded and told K.J. that what you spend to purchase the firearm depends on the type of gun that you are seeking to buy ("lol different price depending on what it is"). K.J. showed interest in buying firearms for **PINSON** to make money ("Cause I don't mind getting 1 or 2 for you myself to make money"). Investigators believe that **PINSON**'s response is indicative of his knowledge of the firearm business when he responded and told K.J. that a person could spend $600 and make about $1400 by selling the firearms ("lol Ik where you can get two guns from probably spend lil 6 and can make like 1400").

56.     The conversation continued and on March 3, 2024, **PINSON** told K.J. that he was waiting on **WILLIAMS** to bring him firearms ("I'm waiting on Chris ass to bring these guns"). On March 6, 2024, **WILLIAMS** asked the same unknown individual to rent another vehicle on his and **PINSON**'s behalf ("Me an kp need a favor again on the rental"). The unknown individual was surprised to hear that **WILLIAMS** and **PINSON** were returning to Baltimore ("Damn yall going back already?"). **WILLIAMS** told the individual that he's going back to make more money ("Hell yeah up the score"). The next day on March 7, 2024, **WILLIAMS** asked again if the

*KYH/SES 01.23.2026*

individual could rent a vehicle for them ("Hey can you or should we try someone else") but then ultimately told them that he figured it out ("Never mind we good just got one").

57. Subpoenaed records received from Turo Inc. confirm that **WILLIAMS** rented a 2020 Lexus GX from March 7 to March 11, 2024. CLSI data for **PINSON**'s cellphone shows his cellphone traveling between South Carolina and Baltimore, MD during those time periods.

58. During the investigation, investigators discovered that on March 10, 2024, BPD officers were dispatched to 1806 N. Broadway, Baltimore, MD 21213 in reference to a domestic dispute involving E.T. and his girlfriend L.W. Investigators obtained and reviewed the body worn camera footage for the officers that responded to the residence and observed **WILLIAMS** entering and exiting the residence during the domestic dispute.

59. The text message conversation continued, and investigators believe that **WILLIAMS** and **PINSON** again traveled to Baltimore, MD between April 8 and April 18, 2024 ("Is y'all n***** gone") and ("Yea") and ("I made it"). **WILLIAMS** dropped **PINSON** off in Baltimore on April 8 and returned to South Carolina the next day ("Chris driving back tomorrow imma stay up here"). **WILLIAMS** traveled back to Baltimore, MD to meet **PINSON** ("Bout to hit the road ina few") and ("lol you stupid but naw Chris is supposed to be coming up tonight"). **PINSON** tells K.J. that he is trying to make money to better his life ("I'm not playing games I'm trying to get this money so we can go places"). **WILLIAMS** returned to help sell firearms and make money (Got ya rent, my boy. One more to go") and ("Well 2 more guns to go but one bout to go now"). **WILLIAMS** and the unknown male begin to talk about prices for marijuana ("lmk how much for the tree"). The unknown male proposes to **WILLIAMS** that they could purchase a larger amount of marijuana together if it made sense ("We can go in on something if it makes sense") and that the male is looking to also buy firearms ("but I need some pressure too lol").

KYH/SES 01.23.2026

WILLIAMS responded and agreed to make a deal with the individual and told them that the group was still trying to sell a Micro Draco firearm and one other firearm and then they would have enough money ("Yeah, we can but we still waiting on the drake and another one to go.then we all set").

60.     Investigators reviewed the CLSI data for WILLIAMS and PINSON's phone numbers and confirmed that the data corresponds with the above text messages. Moreover, license plate reader (LPR) information for VBP108 shows the vehicle scanned in Baltimore, MD on April 8 and April 9, 2024 and then again on April 16, 2024.

61.     The text message conversation continued and on May 2, 2024, PINSON told K.J. that he was returning to the gun store to acquire more firearms ("I'm about to go to that man again to get them guns you want a ride"). K.J. was surprised that PINSON was returning to buy more firearms ("Lol oh hell"). PINSON tells K.J. that he is not playing around like WILLIAMS and is on a mission ("Duh I told you I'm not play Chris and lor d playing around") and ("Im on a mission"). PINSON tells K.J. that he wants his life to be better ("I'm tired of being in this situation my life need to better").

62.     The text message conversation continued and on June 18, 2024, an unknown phone user texted WILLIAMS to ask about the types of firearms that WILLIAMS was looking for ("Kind of stick u looking for"). WILLIAMS tells them that he wants Glock handguns ("Glocks hand guns"). The unknown person tells WILLIAMS that he knows where to find a few firearms ("Hell yeah bro I know way a couple at fasho") and that he wants to join WILLIAMS on the trips to Baltimore to make money ("I'm trynna take that ride witchu bradda no cap make some cheese fr").

63.    The text conversation continued and on June 23, 2024, **PINSON** tells K.J. that "lor d" wants him to help "cc" sell a firearm to help her make money ("lor d keep trying to get me to hang with cc talking about she got a gun for sale I'm not putting no money in her pocket"). **PINSON** further tells K.J. that he doesn't trust her and is not going to help her ("I'm not doing nothing with her I don't fuck with her"). **PINSON** is worried that cc might know about his firearm business ("She better not nothing about my business") and he's confident that Dee wouldn't tell her about the business ("Dee wouldn't tell her shit"). Investigators believe that this conversation shows that **PINSON** has a reputation for selling firearms.

64.    The text conversation continued and on July 15, 2024, **PINSON** tells K.J. that he's trying to find enough money so the group can go to Baltimore ("I got to put this money together for Baltimore"). K.J. asks him how much money he needs ("What you need"). **PINSON** says that he needs $2000 dollars to buy what he needs ("Shorty I need 2000 to make something shake"). K.J. is overwhelmed to hear that he needs that much money ("Damn nih I can even think about that rn it's so damn hot"). **PINSON** tells them that this isn't a smalltime operation to purchase a small amount of drugs ("lol yea I'm not the one that need a 100 for a oz") this is a serious large-scale operation ("this big boy game"). Based on the conversation, investigators know that **PINSON** is referring to his firearm business and is telling K.J. that this business is much larger than just a simple drug transaction.

65.    Two days later, on July 17, 2024, the conversation continued, and **PINSON** tells K.J. that he needs them to buy firearms for him ("I might need you to get these guns tomorrow"). **PINSON** also tells K.J. that they're trying to head to Baltimore and might possibly go the next day ("we trying to leave for Baltimore probably tomorrow"). **PINSON** asks K.J. for $150 ("But I might need a 150 if you got it") so he can buy the firearms ("Yea trying to grab these guns"). **PINSON**

then tells K.J. to send the money to the owner of the gun store by sending her his Cash App information. K.J. confirms that they sent the money ("I sent it it's pending on his end til he go on cash app and accept it").

66.     The next day on July 18, 2024, **PINSON** tells K.J. that he is about to come pick them up to take them to the gun store ("I'm bout to come get you"). **PINSON** further tells K.J. that he's looking for T.A. ("I'm looking for jiggy ass"). K.J. asks if **PINSON** found T.A. ("You still aint found Jiggy"). **PINSON** gets angry because he's dependent on T.A. to buy the firearms for him ("Just go ahead cause I'm getting pissed off") and decides to wait till the next day to go the gun store because he also needs a rental vehicle for the trip ("Hell no now I got to wait till tomorrow and I'm trying to grab a rental").

67.     The next day on July 19, 2024, **PINSON** asks K.J. if they're home ("You at the house") and K.J. confirms they are ("Yeah"). **PINSON** tells K.J. that he is about to pick up T.A. ("Ard I'm bout to pick jiggy up"). As stated above, investigators know that on this same day, K.J. and T.A. together purchased five Glock firearms from the FFL.

68.     The conversation continued and on July 24, 2024, K.J. asked **PINSON** where he went ("Uh uh where you went tried not to go with me"). **PINSON** told her that he was out selling a firearm ("Sell a gun"). Based on CLSI data, investigators know that **PINSON**'s and K.J.'s cellphones were in Baltimore, MD on this day.

69.     Investigators reviewed subpoenaed Cash App data from **PINSON, WILLIAMS,** and K.J.'s accounts and discovered transactions that correspond to the text message conversations reference above. Investigators also discovered that not only had **PINSON** paid K.J. for firearms purchased at the FFL, but he also paid the FFL directly for firearms on T.A.'s behalf.

*KYH/SES 01.23.2026*

70.     For example, on April 29, 2024, **PINSON** paid Merle Sharick, the owner of the FFL $200. I know based on my training and experience, that Cash App allows its users to write messages to describe the reason for sending money to other users. I know that this feature is optional and doesn't always get utilized with each financial transaction. In this case, **PINSON** chose to write "T.A Glock 33." Investigators believe that the "T.A" stands for Trevion Adams. Investigators believe that the $200 is a down payment for the Glock firearms ("Glock 33") that T.A. bought three days later on May 2, 2024. As stated above, T.A. bought two Glock, model 33, .357 caliber pistols from the FFL.

71.     Again, on June 23, 2024, **PINSON** paid the FFL $300. In the subject line for the transaction, **PINSON** chose to write "Adams."

72.     On June 28, 2024, **PINSON** paid the FFL $133. In the subject line for this transaction, **PINSON** wrote "Adam's." As stated above, T.A. purchased two Glock firearms from the FFL on June 28, 2024.

73.     On July 17, 2024, at approximately 3:54 p.m. Eastern Standard Time ("EST") **PINSON** paid K.J. $499. Then, on July 19, 2024, at approximately 3:13 p.m. EST, **PINSON** paid K.J. $405. On July 19, 2024, at approximately 5:56 p.m. EST **PINSON** again paid K.J. $95. Investigators then reviewed K.J.'s Cash App records and discovered that approximately seventeen minutes after K.J. received $499 from **PINSON**, they paid the FFL $500. Then, approximately fourteen minutes after K.J. received the $95 payment from **PINSON,** they again paid the FFL $95.

74.     Based on the above transactions between **PINSON**, K.J., and the owner of the FFL, investigators believe that the money transfers, the info provided in some of the subject lines, and the times between each transfer clearly shows that **PINSON** paid the FFL for firearms purchased by T.A. **PINSON** also paid K.J. for multiple firearms acquired from the FFL.

*KYH/SES 01.23.2026*

75.    Investigators queried the Federal Licensing System ("FLS") and confirmed that neither **PINSON** nor **WILLIAMS** have licenses to distribute firearms nor to engage in the business of dealing firearms.

76.    Investigators believe that the above-described information clearly shows that **WILLIAMS** and **PINSON** repeatedly traveled from South Carolina to Baltimore, MD and unlawfully engaged in the business of dealing firearms. **PINSON** also repeatedly facilitated the straw purchase of firearms by **WILLIAMS**, T.A., and others from an FFL located in South Carolina by providing transport, sending money on behalf of others, and communicating directly with the FFL to arrange the purchases.

## CONCLUSION

77.    Based on the foregoing, I submit that there is probable cause to believe that between February 13 and July 24, 2024, Christopher **WILLIAMS** straw purchased firearms in violation of 18 U.S.C § 932 and both **WILLIAMS** and **PINSON** conspired to and engaged in the repeated unlawful dealing of firearms without a license in violation of 18 U.S.C § 922(a)(1)(a).

WHEREFORE, in consideration of the facts presented, I respectfully request that this Court issue arrest warrants for Christopher **WILLIAMS** and Kedric **PINSON** Jr.

*KYH/SES 01.23.2026*

ANTHONY
PETRELLA

Digitally signed by
ANTHONY PETRELLA
Date: 2026.01.23
14:52:23 -05'00'

Anthony Petrella
Special Agent, ATF

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 41 this 26th day of January 2026.

The Honorable Douglas R. Miller
United States Magistrate Judge

1:26-mj-00326-DRM